**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| REYBI DIAZ OSORIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02179-TLP-cgc |
| v. | ) | |
| | ) | |
| SCOTT LADWIG,[1] | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME**

Respondent moves unopposed to extend his time to respond to Petitioner's Petition to April 6, 2026. (ECF No. 9.)  For good cause shown, the Court **GRANTS** the Motion, and Petitioner has through April 6, 2026, to respond.  And so, Petitioner has until April 10, 2026, to reply.

**SO ORDERED**, this 1st day of April 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

---

[1] The Court respectfully **DIRECTS** the Clerk to make Christopher Bullock the sole Respondent.